Alychia L. Buchan
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
abuchan@proskauer.com

| | |
|---|---|
| Baldassare Vinti* | Bart Williams* |
| Q. Jennifer Yang* | **PROSKAUER ROSE LLP** |
| **PROSKAUER ROSE LLP** | 2029 Century Park East, Suite 2400 |
| 11 Times Square | Los Angeles, CA 90067 |
| New York, NY 10036 | Tel: (310) 557-2900 |
| Tel: (212) 969-3000 | Fax: (310) 557-2193 |
| Fax: (212) 969-2900 | bwilliams@proskauer.com |
| bvinti@proskauer.com | |
| jyang@proskauer.com | * *Pro Hac Vice* admission pending |

*derived *Pro Hac Vice* admission pending

*Attorneys for Defendant Church & Dwight Co., Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAMMY DEVANE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>    Defendant. | Civ. No. 3:19-cv-09899 (BRM) (LHG)<br><br>**Motion Date**: July 15, 2019<br><br>*Document Electronically Filed*<br><br>**Oral Argument Requested** |

**DEFENDANT CHURCH & DWIGHT'S NOTICE OF MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, on July 15, 2019, or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant Church & Dwight Co., Inc. ("Church & Dwight"), will, and hereby do, respectfully move the Honorable Brian R. Martinotti, U.S.D.J., presiding at the United States District Court for the District of New Jersey, Fisher Fed. Bldg. & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, the doctrine of primary jurisdiction and New Jersey choice of law rules, dismissing Plaintiff's Class Action Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant Church & Dwight will rely upon the memoranda of law filed in connection with its motion, the Declaration of Baldassare Vinti and accompanying exhibits, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: June 7, 2019                              Respectfully Submitted,


  s/ Alychia L. Buchan

Alychia L. Buchan
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
abuchan@proskauer.com

Bart Williams*
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193
bwilliams@proskauer.com
* *Pro Hac Vice* admission pending

Baldassare Vinti*
Q. Jennifer Yang*
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
bvinti@proskauer.com
jyang@proskauer.com
**Pro Hac Vice* admission pending


*Attorneys for Defendant Church & Dwight Co., Inc.*