Alychia L. Buchan
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
abuchan@proskauer.com

Baldassare Vinti*
Q. Jennifer Yang*
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
bvinti@proskauer.com
jyang@proskauer.com

Bart Williams*
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193
bwilliams@proskauer.com

* Admitted *Pro Hac Vice*

*Admitted *Pro Hac Vice*

*Attorneys for Defendant Church & Dwight Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMMY DEVANE, MICHELLE BARBATO, PETER BARBATO, AND SHARON MAROLDI,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Civ. No. 3:19-cv-09899 (BRM) (LHG)<br><br>**Motion Date**: August 19, 2019<br><br>*Document Electronically Filed*<br><br>**Oral Argument Requested** |

**DEFENDANT CHURCH & DWIGHT'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, on August 19, 2019, or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant Church & Dwight Co., Inc. ("Church & Dwight"), will, and hereby do, respectfully move the Honorable Brian R. Martinotti, U.S.D.J., presiding at the United States District Court for the District of New Jersey, Fisher Fed. Bldg. & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure and the doctrine of primary jurisdiction, dismissing Plaintiffs' Amended Class Action Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant Church & Dwight will rely upon the memoranda of law filed in connection with its motion, the Declaration of Baldassare Vinti and accompanying exhibits, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: July 26, 2019                                  Respectfully Submitted,

   s/ Alychia L. Buchan

Alychia L. Buchan
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
abuchan@proskauer.com

Bart Williams*
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193
bwilliams@proskauer.com
* Admitted *Pro Hac Vice*

Baldassare Vinti*
Q. Jennifer Yang*
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
bvinti@proskauer.com
jyang@proskauer.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendant Church & Dwight Co., Inc.*